Arcolina Panto, Esq. (SBN: 235786)
Law Office of Arcolina Panto
385 Grand Avenue Suite 201
Oakland, CA 94610
(510) 282-5604
arcolinapanto@gmail.com

Attorneys for Plaintiff
ASHA PEREZ

MICHAEL W. FOSTER (State Bar No. 127691)
DAVID J. CARDIFF (State Bar No. 184246)
TAMMY A. BROWN (State Bar No. 172612)
**FOSTER EMPLOYMENT LAW**
3000 Lakeshore Avenue
Oakland, California 94610
Telephone: (510) 763-1900
Facsimile: (510) 763-5952
mfoster@fosteremploymentlaw.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHA PEREZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ALAMEDA COUNTY SHERIFFS' OFFICE; STEVEN WOLF, as an individual and in his capacity as a police officer; MATTHEW FARRUGGIA, as an individual and in his capacity as a police officer; DEAN STAVERT, as an individual and in his capacity as a police officer; DONALD BUCHANAN, as an individual and in his capacity as a police officer; GREGORY AHERN in his capacity as SHERIFF OF ALAMEDA COUNTY; and DOES 1-20,<br><br>Defendants. | Case No.: C10-04181-JSW<br><br>**PARTIES STIPULATION TO REQUEST ADDITIONAL TIME IN CONTEMPLATION OF MAGISTRATE JURISDICTION**<br><br>AND ORDER THEREON |

---

1                                           Case No. 3:10-cv-04181-JSW
STIPULATED REQUEST REGARDING
ADDITIONAL TIME TO CONTEMPLATE MAGISTRATE JURISDICTION

## STIPULATION

Parties through undersigned counsel of record make a stipulated request as follows:

Parties respectfully request the Court permit one more week to contemplate agreeing to Magistrate Jurisdiction. Parties understand the current deadline to be January 14, 2011. Parties request the deadline be pushed back to January 21, 2011.

LAW OFFICES

Dated: January 14, 2011

By   /s/ Arcolina Panto
Arcolina Panto
Attorneys for Plaintiff

FOSTER EMPLOYMENT LAW

/s/ Michael W. Foster

Michael W. Foster, Esq.
David J. Cardiff, Esq.
Tammy A. Brown, Esq.
Attorneys for Defendants

[~~PROPOSED~~] ORDER

The Court grants parties another week to make a decision regarding Magistrate Judge Jurisdiction with the deadline set at January 21, 2011.

Dated: January 18, 2011

_____
UNITED STATES DISTRICT JUDGE