IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHA PEREZ,<br><br>    Plaintiff,<br><br>  v.<br><br>ALAMEDA COUNTY SHERIFFS' OFFICE,<br><br>    Defendant.<br>_____/ | No. C 10-04181 JSW<br><br>**ORDER RE PLAINTIFF'S COUNSEL'S NOTICE OF UNAVAILABILITY** |

The Court has received Plaintiff counsel's notice of unavailability. On January 7, 2011, at the initial case management conference, at which Plaintiff's counsel was present, this Court set December 16, 2011 as the deadline by which dispositive motions must be heard. As such, the matter remains on calendar for December 16, 2011, pending a formal request or stipulation to continue the matter. For the parties' benefit, the Court shall not advance the hearing to December 9, 2011, and it will not be conducting hearings on December 23, 2011.

**IT IS SO ORDERED.**

Dated: November 29, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE