ARCOLINA PANTO (State Bar No. 235786)
LAW OFFICE OF ARCOLINA PANTO
405 14th Street, Suite 1120
Oakland, California 94612
Telephone: (510) 420-8080
arcolina@pantolaw.com

Attorney for Plaintiff

MICHAEL W. FOSTER (State Bar No. 127691)
C. CHRISTINE MALONEY (State Bar No. 226575)
FOSTER EMPLOYMENT LAW
3000 Lakeshore Avenue
Oakland, California 94610
Telephone: (510) 763-1900 x108
Facsimile: (510) 763-5952
cmaloney@fosteremploymentlaw.com

Attorneys for Defendants

UNITED STATED DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| ASHA PEREZ, an individual, | ) | Case No. C10-04181 JSW |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AS MODIFIED |
| vs. | ) | |
| ALAMEDA COUNTY SHERIFF'S OFFICE, et al. | ) | |
| Defendants. | ) | Date Action Filed: September 16, 2010<br>Trial Date: Not Set |

## I. STIPULATION

The parties to the above-entitled action hereby stipulate, by and through their respective counsel, to continue the Case Management Conference from Friday, June 20, 2014 at 11:00 a.m. to Friday July 11, 2014 at 11:00 a.m. Good cause exists for this stipulation because Defendants'

**STIPULATION AND (PROPOSED) ORDER**         **CASE NO. C10-04181 JSW**
**TO CONTINUE CASE MANAGEMENT CONFERENCE**

1  counsel has another case management conference set in United States District Court in San
2  Francisco on June 20, 2014 at 10:30 a.m. and cannot be at both places.
3      IT IS SO STIPULATED.

4

5  Dated: June 12, 2014                          LAW OFFICE OF ARCOLINA PANTO

6

7                                      /s/ Arcolina Panto
8                                ARCOLINA PANTO
                              Attorney for Plaintiff
9

10 Dated: June 12, 2014                          FOSTER EMPLOYMENT LAW

11

12                                    /s/ Christine Maloney
13                               C. CHRISTINE MALONEY
                              Attorneys for Defendants
14

15

16                          **II.   ORDER**

17     Pursuant to the stipulation of counsel and good cause appearing, IT IS HEREBY
18 ORDERED that the Case Management Conference is continued to July 11, 2014 at 11:00 a.m. The
19 parties shall file a joint Case Management Conference Statement on or before ~~July 4, 2014~~.
                                                                                   July 3, 2014
20

21

22 Dated: June 13, 2014                                /s/ Jeffrey S. White
23                               HON. JEFFREY S. WHITE
                              UNITED STATES DISTRICT COURT JUDGE

24

25

26

27

28

2

**STIPULATION AND (~~PROPOSED~~) ORDER**              **CASE NO. C10-04181 JSW**
**TO CONTINUE CASE MANAGEMENT CONFERENCE**

FOSTER Employment Law
3000 Lakeshore Avenue
Oakland, California 94610