IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ASHA PEREZ,

    Plaintiff,

    v.

ALAMEDA COUNTY SHERIFFS' OFFICE,

    Defendant.

No. C 10-04181 JSW

**ORDER VACATING CASE MANAGEMENT CONFERENCE AND SETTING DEADLINES**

    The Court has received and considered the parties' joint case management conference statement. The Court VACATES the case management conference, and it HEREBY ORDERS AS FOLLOWS:

    1.    If Plaintiff seeks to dismiss the remaining state law claim, she must file a motion to dismiss by no later than August 1, 2014, and notice that motion for hearing on an open and available date on this Court's law and motion calendar. "Remand" is not appropriate, because the case was originally filed in this Court.

    2.    The only remaining claim in this court is Plaintiff's claim for sex discrimination in violation of FEHA. If Plaintiff seeks leave to re-open discovery on that claim, the parties should meet and confer and submit a joint letter brief setting forth their positions. The Court shall not entertain a motion to re-open discovery on the issue of race discrimination, because there is no such claim pending in this Court.

    3.    The Court sets the following dates:

      a.      The last day to hear dispositive motions shall be Friday, December 5, 2014 at 9:00 a.m.[1]

      b.      The final pretrial conference shall be on Monday, January 26, 2015 at 2:00 p.m. The parties shall familiarize themselves with the Court's Guidelines for Civil Jury Trials.

      c.      The Court shall conduct jury selection on Wednesday, February 25, 2015 at 8:00 a.m.

      d.      The Court shall hold trial beginning on Monday, March 2, 2015 at 8:00 a.m.

**IT IS SO ORDERED.**

Dated: July 7, 2014

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

---

[1] The Court is not available on November 21, 2014.