IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHA PEREZ,<br><br>            Plaintiff,<br><br>    v.<br><br>ALAMEDA COUNTY SHERIFFS' OFFICE,<br><br>            Defendant.<br>_____/ | No. C 10-04181 JSW<br><br>**ORDER REGARDING DEFENDANTS' OBJECTIONS TO PLAINTIFF'S EVIDENCE AND VACATING HEARING AND CONTINUING PRETRIAL AND TRIAL DATES** |

       On November 22, 2014, Defendants filed a separate brief in which they object to Plaintiff's evidence in support of her opposition to Defendants' motion for summary judgment. Defendants' objections were filed shortly after the deadline to file their reply brief and do not comply with Northern District Local Rule 7-3(c), which requires that all evidentiary objections be contained with a party's reply brief. The Court has considered the objections, and it concludes that a response from Plaintiff is not necessary, because it does not intend to sustain any of the objections.

       The Court also finds that Defendants' motion for summary judgment is suitable for disposition without oral argument. N.D. Civ. L.R. 7-1(b). Accordingly, the Court VACATES the hearing set for December 5, 2014. The Court deems the motion submitted, and it shall resolve the motion on the papers. In light of the upcoming holidays and the deadlines required by this Court's Standing Orders for Civil Jury Trials, the Court HEREBY CONTINUES the pretrial conference from January 26, 2015 at 2:00 p.m. to March 2, 2015 at 2:00 p.m., jury selection from February 25, 2015 at 8:00 a.m. to March 18, 2015 at 8:00 a.m., and trial from

March 2, 2015 at 8:00 a.m. to March 23, 2015 at 8:00 a.m.

**IT IS SO ORDERED.**

Dated: December 1, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE