IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ASHA PEREZ,

    Plaintiff,

  v.

ALAMEDA COUNTY SHERIFFS' OFFICE, et al.,

    Defendants.

                                       /

No. C 10-04181 JSW

**JUDGMENT**

    For the reasons set forth in this Court's Order Granting Defendants' Motion for Summary Judgment, JUDGMENT IS HEREBY ENTERED in favor of all Defendants and against Plaintiff.

    **IT IS SO ORDERED AND ADJUDGED.**

Dated: December 3, 2014

                                                JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE